UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cr-0177-SEB-TAB |
| | ) | |
| BRIAN NORDBY, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On May 25, and June 15, 2022, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on May 3, 2022. Defendant Nordby appeared in person with his appointed counsel Joseph Cleary. The government appeared by Patrick Gibson, and Pamela Domash, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Nordby of his rights and provided him with a copy of the petition. Defendant Nordby orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Nordby admitted violation numbers 1, and 2. [Docket No. 69.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not engage in any meetings, communications, activities, or visits with the victim involved in 49G03-2005-F5-016944 and 49G03-2007-F6021097, or members of the family of said victims without prior approval from the court."** |

On April 22, 2022, the Marion County, Indiana, Court issued a no contact order under cause 49D14-2204-PO-013377. The victim for this new Marion County order is Danelle Loyd, the same victim referenced in the above noted condition of his supervised release.

According to the request for the order of protection, Ms. Loyd advised she has known the offender for two years and he has been abusive to her during their entire relationship. On or about April 20, 2022, the offender messaged her through Instagram, which is the only media platform she has been unable to block him from. She advised Mr. Nordby sent her a message indicating he was sitting at a gas station and was watching her and her son. Ms. Loyd is 25 weeks pregnant with the offender's child, and he stated he just wants to be in his child's life.

On or about April 15, 2022, Ms. Loyd advised she stopped at a Waffle House restaurant after getting her nails done. She stated Mr. Nordby was following her, as he came into the Waffle House and confronted her and asked "if she was with anyone else." She said Mr. Nordby indicated he had observed her comings and goings and asked "where she went and who she was with during that time."

Ms. Loyd also indicated Mr. Nordby has sent her numerous messages of a similar nature which reflect he is following and watching her. Additionally, she advised the offender has sent her threats and continuously engaged in vulgar harassment. She stated he sends her texts asking "if I am sleeping with someone else and who it is." Ms. Loyd reported Mr. Nordby said he should just kill them and me but he won't, he just wants to know what is happening.

| 2 | **"You shall refrain from any unlawful use of a controlled substance."** |
|---|---|

On April 27, 2022, Mr. Nordby submitted a urine sample which tested positive for Fentanyl. He denied using the substance after the test results were revealed; however, he did admit to recently using a Tylenol 3 with codeine. The presumptive positive test will be sent to Alere Laboratory for confirmation, and the result will be provided at his violation hearing.

    4.       The parties stipulated that:

           (a)       The highest grade of violation is a Grade B violation.

           (b)       Defendant's criminal history category is IV.

           (c)       The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

    5.       The parties jointly recommended a sentence of eighteen (18) months with twelve (12) months of supervised release to follow.  Defendant requested placement at FCI Terre Haute, but not USP McCreary.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with twelve (12) months of supervised release to follow.  In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.
   Justification: This condition is an administrative requirement of supervision.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact

    with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

13. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

14. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay. The probation officer shall determine your ability to pay and any schedule of payment: substance abuse treatment and mental health treatment.

15. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the pre-sentence report and available evaluations to the treatment provider, as approved by the probation officer.

16. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

17. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

    Justification: This condition will assist in ensuring the offender is compliant with a drug-free lifestyle.

18. You shall not use or possess alcohol.
    Justification: This offender has a history of abusing alcohol and will aid in ensuring compliance with a drug-free lifestyle and the offenders rehabilitation.

19. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.
    Justification: This condition will aid in ensuring compliance with a drug-free lifestyle and the offenders rehabilitation.

20. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer.  You shall warn other occupants these locations may be subject to searches.
    Justification: The offender has a history of drug use and possession, as well as possession and use of a firearm. This condition will assist the probation officer in monitoring the offender's compliance.

21. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the pre-sentence report and available evaluations to the treatment provider, as approved by the probation officer.
    Justification: The offender has a history of mental health issues and drug use and possession. These conditions will assist the probation officer in monitoring the offender's compliance.

22. You shall not engage in any meetings, communications, activities, or visits with the victim involved in 49G03-2005-F5-016944 and 49G03-2007-F6-021097 or members of the family of said victim without prior approval from the court.

    Justification: The offender has a history of unauthorized contact with this victim. This condition will assist the probation officer in monitoring the offender's compliance and keeping the victim safe.

23. You shall not knowingly enter any bar, tavern, etc. without the permission of the probation officer.

    The offender has a history of alcohol abuse. This condition will assist the probation officer in monitoring the offender's compliance.

Defendant reviewed the foregoing conditions and they were reviewed by defendant with his attorney. Defendant, on the record, waived reading of the above-noted conditions of supervised release.

    Defendant Nordby is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge will make a recommendation of placement at FCI Terre Haute or another facility closest to Indianapolis, Indiana not including USP McCreary with an anger management program.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 6/17/2022

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system